**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WALTER ANDERSON,** | : | |
| **Plaintiff** | : | **No. 1:25-cv-02144** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **BETH HERB, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, on this 21st day of September 2026, upon consideration of: (1) pro se Plaintiff Walter Anderson ("Anderson")'s complaint (Doc. No. 1-2); (2) Defendant Kyle Mummey ("Mummey")'s motion to dismiss Anderson's complaint as well as Mummey's supporting brief (Doc. Nos. 3–4); (3) Anderson's brief in opposition to Mummey's motion to dismiss (Doc. No. 9); (4) Mummey's reply brief in further support of his motion to dismiss (Doc. No. 10); and (5) Defendants Dr. Laurel Harry, Kathy J. Brittain, and Beth Herb (collectively, the Corrections Defendants")'s motion to dismiss Anderson's complaint along with their supporting brief (Doc. Nos. 6, 7), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to **CHANGE** Defendant K. Mummey's name on the docket to Kyle Mummey;

2. Mummey's motion to dismiss (Doc. No. 3) is **GRANTED IN PART** and **DENIED AS MOOT IN PART** as follows:

    a. Mummey's motion, to the extent that he seeks dismissal of Anderson's claim under 42 U.S.C. § 1983 for deliberate-indifference-to-serious-medical-needs in violation of the Eighth Amendment to the United States Constitution against him, is **GRANTED**, and Anderson's Eighth Amendment claim against Mummey is **DISMISSED WITH PREJUDICE**; and

b. Mummey's motion, to the extent that he seeks dismissal of Anderson's claim for monetary damages due to a violation of Article I, Section 13 of the Pennsylvania Constitution, is **DENIED AS MOOT**;

3. The Correctional Defendants' motion to dismiss (Doc. No. 6) is **GRANTED** and Anderson's Section 1983 claims against them are **DISMISSED WITH PREJUDICE**;

4. Anderson's state-law claims for negligence and for a violation of Article I, Section 13 of the Pennsylvania Constitution against all Defendants are **REMANDED** to the Court of Common Pleas of Schuylkill County for further proceedings; and

5. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania